

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2017

No. 04-17-00274-CR

Donald Lee **MINSON**, **JR**.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-1577-CR-A
Jessica Crawford, Judge Presiding

# O R D E R

Lori Schmid's notification of late record is hereby GRANTED IN PART. The reporter's record is due no later than September 11, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk